**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| Ashokkumar Shah, et al. | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No.: 5:26-cv-02529-JLS |
| Director, U.S. Citizenship and Immigration Services | ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

AND NOW, this 22nd day of July, 2026, it is hereby **ORDERED** that the Motion to File First Amended Complaint, ECF No. 10, is hereby **GRANTED**. The First Amended Complaint attached as Exhibit 1 to the Motion is deemed filed as the date of this Order.

It is **FURTHER ORDERED** that defendant has sixty (60) days to respond to the First Amended Complaint.

It is **FURTHER ORDERED** that the motion for an extension of time, ECF No. 8, is denied as moot.

BY THE COURT:

*/s/ Jeffery L. Schmehl*
**JEFFERY L. SCHMEHL, J.**