# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

ASHOKKUMAR SHAH, *et al.*,        :
        Plaintiffs,      :
                :
        v.        :     Civil No. 5:26-cv-02529-JLS
                :
DIRECTOR, U.S. CITIZENSHIP AND    :
IMMIGRATION SERVICES,      :
        Defendant.      :

_____

## ORDER

**AND NOW**, this 22nd day of July, 2026, **IT IS HEREBY ORDERED THAT** the Motion of, Mark Stevens, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

    ☒     Granted

    ☐     Denied

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to add Mark Stevens, Esquire as counsel for Plaintiffs.

Counsel is **DIRECTED** to request ECF filing access using their PACER Account.[1]

                BY THE COURT:


                */s/ Jeffrey L. Schmehl*_____
                JEFFREY L. SCHMEHL
                United States District Court Judge

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).