# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| ASHOKKUMAR SHAH, *et al.*, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil No. 5:26-cv-02529-JLS |
| | : | |
| DIRECTOR, U.S. CITIZENSHIP AND | : | |
| IMMIGRATION SERVICES, | : | |
| Defendant. | : | |

_____

## ORDER

**AND NOW**, this 23rd day of July, 2026, **IT IS HEREBY ORDERED THAT** the Defendant shall file a response to the motion for a temporary restraining order, ECF No. 14, by July 28, 2026, at 5:00 p.m.

**IT IS FURTHER ORDERED** that a telephonic status conference is **SCHEDULED** for Wednesday, July 29, 2026, at 11:30 a.m.  The parties shall call into the conference at 1-855-244-8681 and use access code 2305 160 4539.

BY THE COURT:


*/s/ Jeffrey L. Schmehl*_____
JEFFREY L. SCHMEHL
United States District Court Judge